THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EARL EUGENE DYE, Defendant-Appellant.

(No. 73-29; ▮▮▮▮▮▮▮)

Second District—August 8, 1974.

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

David F. Smith and William L. Balsley, both of Loves Park, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Edward Morris, both of Model District State's Attorneys Office, of counsel), for the People.